**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

```
_____ )
UNITED STATES OF AMERICA and     )
THE STATE OF WEST VIRGINIA by and )
through the WEST VIRGINIA        )
DEPARTMENT OF ENVIRONMENTAL      )
PROTECTION,                      )
                                 )
                 Plaintiffs,     )
                                 )
         v.                      )          Civil Action No. _____
                                 )
ANTERO RESOURCES CORP.,          )
                                 )
                 Defendant.      )
_____ )
```

**PLAINTIFFS' NOTICE OF
LODGING OF CONSENT DECREE**

Plaintiffs the United States of America ("United States") and the State of West Virginia, by and through the West Virginia Department of Environmental Protection ("the State"), hereby notify the Court that they are lodging a proposed Consent Decree which, if approved, would resolve all of the claims asserted by Plaintiffs in this litigation.

Plaintiffs respectfully request that the Court withhold consideration of the Consent Decree while the United States provides an opportunity for public comment pursuant to 28 C.F.R. 50.7, and the State provides an opportunity for public comment pursuant to W. Va. Code R. § 47-10-16.2.c.  The Department of Justice will publish a notice in the Federal Register stating that the Decree has been lodged with the Court.  The notice will solicit public comment for a period of 30 days.  In addition, the West Virginia Department of Environmental Protection will publish a notice in a general circulation newspaper pursuant to W. Va. Code R. § 47-10-16.2.c. The notice will solicit comment for a period of 30 days.

During the comment period described above, no action is required of the Court as to the proposed Consent Decree.  After the comment period has closed, the United States and the State will evaluate any comments they receive and timely advise the Court as to whether the United States and the State request that the Court enter the proposed Consent Decree.

Dated: February 11, 2019                              Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

/s/   *Patrick R. Jacobi*
PATRICK R. JACOBI
Trial Attorney
Environment and Natural Resources Division
U.S. Department of Justice
Denver Place Building
999 18th Street
Suite 370 – South Terrace
Denver, CO  80202
Phone:  (303) 844-1348
Fax:   (303) 844-1350
patrick.r.jacobi@usdoj.gov

CHLOE H. KOLMAN
Trial Attorney
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-9277
Fax:    (202) 514-8865
chloe.kolman@usdoj.gov

WILLIAM J. POWELL
United States Attorney for the
Northern District of West Virginia

/s/   *Helen Altmeyer*
HELEN ALTMEYER
Assistant United States Attorney
U.S. Courthouse & Federal Bldg.
1125 Chapline Street, Suite 3000

Wheeling, WV 26003
Phone: (304) 234-7763
helen.altmeyer@usdoj.gov

OF COUNSEL:

PAMELA J. LAZOS
Office of Regional Counsel
U.S. Environmental Protection Agency, Region III
1650 Arch Street
Philadelphia, PA 19103


FOR THE STATE OF WEST VIRGINIA:

/s/   *Scott Driver*
SCOTT DRIVER, W.Va. Bar ID #9846
West Virginia Department of Environmental
        Protection
Office of Legal Services
601 57th Street SE
Charleston, WV 25304
Phone: (304) 926-0460 x 1453
Fax:    (304) 926-0461
charles.s.driver@wv.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| ———————————————— ) | |
| UNITED STATES OF AMERICA and ) | |
| THE STATE OF WEST VIRGINIA by and ) | |
| through the WEST VIRGINIA ) | |
| DEPARTMENT OF ENVIRONMENTAL ) | |
| PROTECTION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| ANTERO RESOURCES, CORP., ) | |
| ) | |
| Defendant. ) | |
| ———————————————— ) | |

## CERTIFICATE OF SERVICE

I, Helen Altmeyer, hereby certify that on the 11th day of February, 2019, the foregoing

Plaintiffs' Notice of Lodging of Consent Decree was served using the CM/ECF system, which

will cause a copy to be served upon counsel of record.

/s/   *Helen Altmeyer*
HELEN ALTMEYER
Assistant United States Attorney
U.S. Courthouse & Federal Bldg.
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
Phone: (304) 234-7763
helen.altmeyer@usdoj.gov
WV Bar # 117
