IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA and
THE STATE OF WEST VIRGINIA by and
through the WEST VIRGINIA
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

      Plaintiffs,

v.

ANTERO RESOURCES CORPORATION,

      Defendant.

Civil Action No. 1:19-cv-20
(Honorable Irene M. Keeley)

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules of Civil Procedure 7.01 and 12.01, Plaintiffs United States of America and State of West Virginia by and through the West Virginia Department of Environmental Protection stipulate that for good cause shown the time for Antero Resources Corporation to serve its answer or otherwise respond to the complaint filed on February 11, 2019, is extended to May 1, 2019.

WHEREFORE, the parties respectfully request the Court to enter this stipulation and extend the time for Antero Resources Corporation to serve its answer or otherwise respond to the complaint to May 1, 2019.

Dated this 8th day of March 2019.

*/s/ Patrick R. Jacobi*
Patrick R. Jacobi
Env. and Nat. Res. Div.
U.S. Department of Justice
Denver Place Building
999 18th Street, Suite 370 – South Terrace
Denver, CO  80202
(303) 844-1348
patrick.r.jacobi@usdoj.gov

*/s/ W. Henry Lawrence*
W. Henry Lawrence (WV Bar #2156)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV  26330
(304) 933-8000
hank.lawrence@steptoe-johnson.com

| | |
|---|---|
| Chloe H. Kolman<br>Env. and Nat. Res. Div.<br>U.S. Department of Justice<br>P. O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-9277<br>chloe.kolman@usdoj.gov<br><br>William J. Powell<br>Helen Altmeyer<br>Assistant United States Attorney<br>U.S. Courthouse & Federal Bldg.<br>1125 Chapline Street, Suite 3000<br>Wheeling, WV 26003<br>(304) 234-7763<br>helen.altmeyer@usdoj.gov<br><br>Pamela J. Lazos<br>Office Regional Counsel<br>U.S. EPA, Reg. III<br>1650 Arch Street<br>Philadelphia, PA 19103<br>(215) 814-2658<br>lazos.pamela@epamail.epa.gov<br><br>Counsel for United States of America | Armando F. Benincasa (WV Bar #6865)<br>Steptoe & Johnson PLLC<br>P. O. Box 1588<br>Charleston, WV 25326-1588<br>(304) 353-8000<br>armando.benincasa@steptoe-johnson.com<br><br>Counsel for Defendant Antero Resources Corporation |

*/s/ Scott Driver*
Scott Driver (WV Bar #9846)
West Virginia DEP
Office of Legal Services
601 57th Street SE
Charleston, WV 25304
(304) 926-0460
charles.s.driver@wv.gov

Counsel for State of West Virginia

ENTERED, this ____11th____ day of March 2019:

*[signature]*
Honorable Irene M. Keeley

2