IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA and
THE STATE OF WEST VIRGINIA by and
through the WEST VIRGINIA
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

      Plaintiffs,

v.

ANTERO RESOURCES CORPORATION,

      Defendant.

Civil Action No. 1:19-cv-20
(Honorable Irene M. Keeley)

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules of Civil Procedure 7.01 and 12.01, Plaintiffs United States of America and State of West Virginia by and through the West Virginia Department of Environmental Protection stipulate that for good cause shown the time for Antero Resources Corporation to serve its answer or otherwise respond to the complaint filed on February 11, 2019, is further extended from May 1, 2019 to July 1, 2019.

WHEREFORE, the parties respectfully request the Court to enter this stipulation and extend the time for Antero Resources Corporation to serve its answer or otherwise respond to the complaint to July 1, 2019.

*/s/ Patrick R. Jacobi*
Patrick R. Jacobi
Env. and Nat. Res. Div.
U.S. Department of Justice
Denver Place Building
999 18th Street, Suite 370 – South Terrace
Denver, CO  80202
(303) 844-1348
patrick.r.jacobi@usdoj.gov

*/s/ W. Henry Lawrence*
W. Henry Lawrence (WV Bar #2156)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV  26330
(304) 933-8000
hank.lawrence@steptoe-johnson.com

Chloe H. Kolman
Env. and Nat. Res. Div.
U.S. Department of Justice
P. O. Box 7611
Washington, D.C.  20044
(202) 514-9277
chloe.kolman@usdoj.gov

William J. Powell
Helen Altmeyer
Assistant United States Attorney
U.S. Courthouse & Federal Bldg.
1125 Chapline Street, Suite 3000
Wheeling, WV  26003
(304) 234-7763
helen.altmeyer@usdoj.gov

Pamela J. Lazos
Office Regional Counsel
U.S. EPA, Reg. III
1650 Arch Street
Philadelphia, PA  19103
(215) 814-2658
lazos.pamela@epamail.epa.gov

Counsel for United States of America


**/s/ Scott Driver**
Scott Driver (WV Bar #9846)
West Virginia DEP
Office of Legal Services
601 57th Street SE
Charleston, WV 25304
(304) 926-0460
charles.s.driver@wv.gov

Counsel for State of West Virginia

Armando F. Benincasa (WV Bar #6865)
Steptoe & Johnson PLLC
P. O. Box 1588
Charleston, WV  25326-1588
(304) 353-8000
armando.benincasa@steptoe-johnson.com

Counsel for Defendant Antero Resources Corporation

ENTERED, this _____ day of April 2019:


_____
                    Honorable Irene M. Keeley

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 24th day of April 2019, I electronically filed the foregoing "Stipulation" with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF participants:

Patrick R. Jacobi, Esquire
Env. and Nat. Res. Div.
U.S. Department of Justice
Denver Place Building
999 18th Street, Suite 370 – South Terrace
Denver, CO  80202
patrick.r.jacobi@usdoj.gov

Chloe H. Kolman, Esquire
Env. and Nat. Res. Div.
U.S. Department of Justice
P. O. Box 7611
Washington, D.C.  20044
chloe.kolman@usdoj.gov

William J. Powell, Esquire
Helen Altmeyer, Esquire
Assistant United States Attorney
U.S. Courthouse & Federal Bldg.
1125 Chapline Street, Suite 3000
Wheeling, WV  26003
helen.altmeyer@usdoj.gov

Pamela J. Lazos, Esquire
Office Regional Counsel
U.S. EPA, Reg. III
1650 Arch Street
Philadelphia, PA  19103
lazos.pamela@epamail.epa.gov

Scott Driver, Esquire
West Virginia DEP
Office of Legal Services
601 57th Street SE
Charleston, WV 25304
charles.s.driver@wv.gov

*/s/ W. Henry Lawrence*

8397788.1